EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Regla 4 del Reglamento del Programa de Educación Jurídica Continua, según enmendado mediante Resolución de 15 de junio de 2015 | 2016 TSPR 3<br><br>194 DPR \_\_\_\_ |

Número del Caso: ER-2016-1

Fecha: 8 de enero de 2016

Materia: Resolución del Tribunal

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Regla 4 del Reglamento del
Programa de Educación Jurídica
Continua, según enmendada              ER-2016-1
mediante Resolución de 15 de
junio de 2015

RESOLUCIÓN

En San Juan, Puerto Rico, a 8 de enero de 2016.

El Presidente de la Comisión de Reputación de Aspirantes al Ejercicio de la Abogacía, el licenciado Guillermo Arbona Lago, presentó un escrito mediante el cual solicitó que se exima de los requisitos de los Reglamentos de Educación Jurídica Continua y del Programa de Educación Jurídica Continua a los miembros de la Comisión de Reputación de Aspirantes al Ejercicio de la Abogacía. Explicó que dicha Comisión lleva a cabo funciones y tiene responsabilidades análogas a las de la Junta Examinadora de Aspirantes al Ejercicio de la Abogacía y el Comité de Reválida Federal, quienes están exentos de los requisitos en cuestión.

Conforme a lo dispuesto en la Regla 4(c)(8)(f) del Reglamento del Programa de Educación Jurídica Continua, según enmendado, se excluye de las disposiciones del Reglamento de Educación Jurídica Continua y del Reglamento del Programa de Educación Jurídica Continua a los miembros de la Comisión de Reputación de Aspirantes al Ejercicio de la Abogacía.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. La Juez Asociada señora Rodríguez Rodríguez no intervino.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo